UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION | MISCELLANEOUS CASE<br><br>NO.  13-179<br><br>SECTION "N"  (5) |

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on February 20, 2013, was filed:

> **"Motion to Quash Subpoena or in the Alternative to Transfer" (Rec. Doc. 1)**;

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**, for substantially the same reasons stated by the court in *Kathryn S. Cashdollar Estate, et al v. Regions Bank, et al*, Case No. MC-13-J-217-S (N. Dist. Ala.), in its Order dated February 4, 2013 (attached hereto), and the movants' motion to quash subpoena and for protective order is hereby **TRANSFERRED** to the Western District of Tennessee for resolution.

New Orleans, Louisiana, this 14th day of February, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**